PROB 12B
(7/93)

Report Date: October 29, 2010

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions of Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 01 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Antonio Aranda-Zamora             Case Number: 2:07CR06021-002

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 9/24/2009                 Type of Supervision: Supervised Release

Original Offense: Conspiracy, 18 U.S.C. § 371;       Date Supervision Commenced: 6/4/2010
Transfer of False Documents, 18 U.S.C. § 1028(a)(2)

Original Sentence: Prison - 24 Months; TSR - 36      Date Supervision Expires: 6/3/2013
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Strike the condition requiring Mr. Aranda-Zamora to reside in the residential reentry center(RRC).

## CAUSE

As outlined in the previous report to the Court, Mr. Aranda-Zamora has progressed well during his RRC confinement and has accomplished all goals set for him. It is respectfully recommended that this condition be deemed as satisified and his remaining balance of RRC time be stricken.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/29/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob 12B
**Re: Aranda-Zamora, Antonio**
**October 29, 2010**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____11/1/10_____
Date