PROB 12C
(7/93)

Report Date: July 8, 2011

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 2 2011

for the

Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Aranda-Zamora          Case Number: 2:07CR06021-002

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Kennewick, WA 99336

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/24/2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371; Transfer of False Documents, 18 U.S.C. § 1028(a)(2) | |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: 6/4/2010 |
| Defense Attorney: | Matthew Rutt | Date Supervision Expires: 6/3/2013 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/30/2011.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

6                         **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                          **Supporting Evidence**: Antonio Aranda-Zamora is considered in violation of his period of supervised release by committing the offenses of destruction or removal of property, possession of graffiti implement, driving under the influence, and driving with a suspended license in the third degree on or prior to July 3, 2011.

                          According to reports provided by the Pasco Police Department, the defendant was contacted by officers after a citizen observed him "tagging" a building. As officers arrived on scene, they observed the defendant driving a vehicle which was identified by the citizen. It was noted the defendant threw a paint can out of the drivers side window when he was initially contacted. Officers were able to determine the defendant's license was suspended. They could also smell alcohol on the defendant's breath. The defendant was subsequently taken into custody and transported to the Franklin County Jail. The defendant refused to cooperated with the alcohol investigation.

Prob12C
Re: Aranda-Zamora, Antonio
July 8, 2011
Page 2

On July 5, 2011, under case number C40795, the defendant was found guilty of driving under the influence and in exchange the additional charge of driving with a suspended license was dismissed. The defendant was sentenced to 4 days custody.

On July 5, 2011, under case number C40796, the defendant was found guilty of destruction or removal of property and in exchange the additional charge of possession of graffiti implements was dismissed. The defendant was sentenced to 4 days custody to run concurrent with case number C40795.

The defendant released from custody on July 7, 2011.

7     **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Antonio Aranda-Zamora is considered in violation of his period of supervised release by consuming alcohol on or prior to July 3, 2011.

As noted above, the defendant was contacted by officers with the Pasco Police Department. During the investigation, the defendant was thought to be under the influence of alcohol. Officers noted they could smell alcohol on the defendant's breath and his eyes were red and watery. The defendant was later found guilty of operating a vehicle under the influence of alcohol.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/08/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

Case 2:07-cr-06021-RHW   Document 137   Filed 07/05/11

Prob12C
Re: Aranda-Zamora, Antonio
July 8, 2011
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

_____
Signature of Judicial Officer

7/12/11
Date