Case 2:07-cr-06021-RHW   Document 170   Filed 12/06/11

PROB 12C
(7/93)

Report Date: December 2, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Aranda-Zamora          Case Number: 2:07CR06021-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/24/2009

Original Offense:     Conspiracy, 18 U.S.C. § 371; Transfer of False Documents, 18 U.S.C. § 1028(a)(2)

Original Sentence:    Prison - 24 Months; TSR - 36 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Shawn N. Anderson          Date Supervision Commenced: 6/4/2010

Defense Attorney:     Amanda J. Stevens          Date Supervision Expires: 6/3/2013

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation office and shall submit a truthful and complete written report within the first 5 days of each month. |

**Supporting Evidence**: Antonio Aranda-Zamora is considered in violation of his period of supervised release by absconding from supervision on or prior to November 28, 2011.

On November 23, 2011, contact was made with the defendant at his residence. It was agreed the defendant would report to the probation office on November 28, 2011. Subsequently, the defendant failed to report. Phone contact was made with the defendant's mother on November 29, 2011, wherein she stated the defendant had "taken off" and she did not know where he was. She also related the defendant had two warrants issued out of Benton County Superior Court for failing to make payments and officers had stopped by the home to serve the warrants. The defendant's mother noted he must have found out and is now "hiding." At this time the defendant's whereabouts are unknown.

2       **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

Prob12C
Re: Aranda-Zamora, Antonio
December 1, 2011
Page 2

**Supporting Evidence**: Antonio Aranda-Zamora is considered in violation of his period of supervised release by failing to report for a mental health assessment on November 10, 2011.

The defendant was directed to report on November 10, 2011, to complete his mental health assessment. The appointment was confirmed several times with the defendant. After the defendant missed the appointment, contact was made. The defendant stated he just did not go. He was directed to contact First Step Counseling Services to obtain a secondary appointment. The defendant failed to schedule the additional appointment. As noted above, he has now absconded from supervision.

3   **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Antonio Aranda-Zamora is considered in violation of his period of supervised release by failing to report for random urinalysis testing on November 9 and 28, 2011.

On October 5, 2011, the defendant was directed to phone First Step Counseling Services every day and report for random urinalysis testing when the color gold was called. The defendant failed to report for all tests during the month.

4   **Special Condition #23**: Defendant shall perform 20 hours of community service as directed by United States Probation.

**Supporting Evidence**: Antonio Aranda-Zamora is considered in violation of his period of supervised release by failing to complete community service hours.

On November 2, 2011, the defendant was ordered by the Court to perform 20 hours of community service to address his previous violations. The defendant was provided with the opportunity to preform these hours on the Franklin County Work Crew.

On November 15, 2011, the defendant reported he had completed 4 hours of service on the work crew. Contact was made with the Franklin County District Probation Office on December 1, 2011, to verify the hours. They advised the defendant had not completed any hours.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re:  Aranda-Zamora, Antonio
December 1, 2011
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/02/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/6/2011
Date